UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ARACELI PENA,  )
                                )
        Petitioner,  ) Case No. CV 10-2888 GW(AJW)
                                )
    v.  )
                                )
TINA HORNBECK, Warden,  ) JUDGMENT
                                )
        Respondent.  )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: April 23, 2010

                                                          _____
                                                          George H. Wu
                                                          United States District Judge